IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


BRIAN ANDERSON,                               )
                              Plaintiff,      )
                                              )
        vs.                                   )        Civil Action No. 13-475
                                              )        Judge Joy Flowers Conti
                                              )        Magistrate Judge Maureen P. Kelly
UNIT MANAGER ZOBAYTNE, A                       )
BLOCK; CHERYL L. CHRONISTER,                   )
Chief Grievance Officer; LAURAL               )
HARRY, Superintendent S.C.I. Camp Hill;       )
CORRECTIONS GUARD STOVER,                      )
Commissary Supervisor,                         )
                              Defendants.      )


# O R D E R

        AND NOW, this 31st day of May, 2013, after the Plaintiff, Brian Anderson,   filed

an action in the above-captioned case, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties until May 10, 2013, to file written objections

thereto,  and no objections having been filed,  and upon independent review of the record, and

upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as

the opinion of this Court,

        IT IS HEREBY ORDERED that this prisoner civil rights action is transferred

forthwith to the United States District Court for the Middle District of Pennsylvania where venue

is proper because all of the claims concern events that took place at the State Correctional

Institution in Camp Hill ("SCI-Camp Hill") which is located within the territorial limits of the

United States District Court for the Middle District of Pennsylvania ("Middle District").

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.


/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge


cc:    Honorable Maureen P. Kelly
       United States Magistrate Judge

       Brian Anderson
       KV-4456
       S.C.I. Camp Hill
       P.O. Box 200
       Camp Hill, PA 17001-0200